1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREENWOOD ACRES, LLC,

            Plaintiff,

    v.

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA, a foreign
corporation,

            Defendant.

No.: 3:20-cv-06063

VERIFICATION BY COUNSEL OF
FILING OF ALL RECORDS IN STATE
COURT PROCEEDING REMOVED TO
THIS COURT

Daniel R. Bentson Declares as follows:

    1.     I am an attorney with the law firm of Bullivant Houser Bailey PC, counsel to Defendant Travelers Casualty Insurance Company of America.  I make this declaration based upon the knowledge gained in this capacity.

    2.     In accordance with 28 U.S.C. § 1446(a) and LCR 101(b) of the Local Rules of the United States District Court for the Western District of Washington, a true and complete copy of all records and proceedings in Clark County Superior Court is attached to the Notice of Removal filed in this case.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

VERIFICATION BY COUNSEL OF FILING OF ALL RECORDS IN
STATE COURT PROCEEDING REMOVED TO THIS COURT
NO.: 3:20-CV-06063

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1   DATED:  October 28, 2020

2                                              BULLIVANT HOUSER BAILEY PC

3

4                                              By   s/ Daniel R. Bentson
                                                   Daniel R. Bentson, WSBA #36825
5                                                  E-mail:   dan.bentson@bullivant.com
                                                   Gardner U. Reed, WSBA #55630
6                                                  E-mail:   gardner.reed@bullivant.com

7                                              Attorneys for Defendant Travelers Casualty
                                               Insurance Company of America

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which will send notification of such filing to the persons listed below:

Linda L. Foreman
FOREMAN STURM & THEDE, LLP
PO Box 13098
Portland, OR 97213
Email: linda@foremansturm.com

Dated:  October 28, 2020

_____
*Genevieve Schmidt*
Genevieve Schmidt, Legal Assistant

4818-2733-0255.1

VERIFICATION BY COUNSEL OF FILING OF ALL RECORDS IN
STATE COURT PROCEEDING REMOVED TO THIS COURT
NO.: 3:20-CV-06063

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930