THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| GREENWOOD ACRES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>  Defendant. | No.: 3:20-cv-06063-MJP<br><br>STIPULATED MOTION TO DISMISS<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**January 4, 2021** |

## **STIPULATION**

Plaintiff Greenwood Acres, LLC ("Greenwood") and Defendant Travelers Casualty Insurance Company ("Travelers") (together, the "Parties") stipulate that the claims asserted against Travelers by Greenwood in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed without prejudice and without an award of costs or fees to any of the Parties.

IT IS SO ORDERED this 5th, day of January 2021.

_____
Marsha J. Pechman
United States District Judge

STIPULATED MOTION TO DISMISS
NO.: 3:20-CV-06063-MJP

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Submitted by:

BULLIVANT HOUSER BAILEY PC

By  s/ Daniel R. Bentson
    Daniel R. Bentson, WSBA #36925
    E-mail: dan.bentson@bullivant.com
    Gardner U. Reed, WSBA #55630
    E-mail: gardner.reed@bullivant.com

    Attorneys for Defendant Travelers Casualty
    Insurance Company of America

FOREMAN STURM & THEDE, LLP

By  s/ Linda L. Foreman (per e-mail approval)
    Linda L. Foreman, WSBA #11817
    E-mail: linda@foremansturm.com

    Attorneys for Plaintiff Greenwood Acres, LLC

STIPULATED MOTION TO DISMISS
NO.: 3:20-CV-06063-MJP

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which will send notification of such filing to the persons listed below:

Linda L. Foreman
FOREMAN STURM & THEDE, LLP
PO Box 13098
Portland, OR 97213
Email: linda@foremansturm.com

Dated:  January 5, 2021

> *Genevieve Schmidt*
> Genevieve Schmidt, Legal Assistant

4840-3874-6326.1

STIPULATED MOTION TO DISMISS
NO.: 3:20-CV-06063-MJP

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930